IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

        **VS**                            **CR NO. 6:15-446**

**Robbie Bell**

# PLEA

The defendant, having withdrawn his plea of Not Guilty, pleads **GUILTY** to

Count __1__ of the **[Indictment/Information/Superseding]**.

_____
(Signed) Defendant

Anderson, South Carolina
November 10, 2015